United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 13, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **IN RE: 2500 West Loop, Inc.** | **Case No.: 18–20459** |
| | **Chapter 11** |
| Debtor. | **David R Jones** |

**BDFI LLC,**

  Plaintiff,

vs.                                             **Adversary No.: 19–02019**

**Mokaram–Latif West Loop, Ltd.,**

  Defendant.

## ORDER SETTING SCHEDULING CONFERENCE

  1. The Court will conduct a scheduling conference pursuant to Rule 16 as made applicable by Bankruptcy Rule 7016 on **2/28/22 at 02:30 PM** in Telephone and Video Conference, see the Court's web page, for instructions.

  2. The parties shall confer and file a joint report pursuant to Rule 26(f) as made applicable by Bankruptcy Rule 7026 at least 3 business days prior to the scheduling conference.

  3. The parties may agree in a written stipulation to extend the Defendant's answer date up to the date of the scheduling conference. Agreements proposing to extend an answer date to a date after the scheduling conference require the filing of a motion.

  4. If no answer has been filed, the Plaintiff should be prepared to advise the Court of the status of the filing of a motion for default.

  Signed and Entered on December 13, 2021 at Houston, Texas.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE